THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN TROUTSOURES, Appellant.

Submitted March 1, 1940; decided March 15, 1940.

*Harvey I. Harris* and *Michael Lekacos* for appellant.

*Thomas E. Dewey, District Attorney (Charles W. Manning* and *Stanley H. Fuld* of counsel), for respondent.

Judgments reversed and information dismissed upon the ground that the evidence did not sufficiently establish that the conduct of the defendant reasonably tended in the circumstances toward a breach of the peace. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.